**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **BLUE COMPASS RV, LLC F/K/A RV RETAILER, LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00715-ALM** |
| **ZURICH AMERICAN INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

**PLAINTIFF BLUE COMPASS RV, LLC'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

PART 2

Travis M. Brown
Texas Bar No. 24061890
tbrown@cokinoslaw.com
E. Samuel Crecelius III
Texas Bar No. 24105757
screcelius@cokinoslaw.com
COKINOS | YOUNG
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Telephone: (817) 635-3600
Facsimile: (817) 635-3633

**ATTORNEYS FOR PLAINTIFF**
**BLUE COMPASS RV, LLC F/K/A RV RETAILER, LLC**