# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BLUE COMPASS RV, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:24-cv-715 |
| | § | Judge Mazzant |
| ZURICH AMERICAN INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in this action based upon its Findings of Fact and Conclusions of Law.

It is hereby **ORDERED** that Plaintiff Blue Compass RV, LLC, takes nothing in this lawsuit, and its claims against Defendant Zurich American Insurance Company are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE