IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLUE COMPASS RV, LLC F/K/A RV RETAILER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:24-cv-00715-ALM |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Blue Compass RV, LLC f/k/a RV Retailer, LLC, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the "Final Judgment" entered in this action on May 27, 2026 (Doc. 91) and the district court's "Memorandum Opinion and Order" entered on August 24, 2026 (Doc. 103) disposing of Plaintiff's Motion for New Trial or to Alter or Amend the Judgment (Doc. 92); and all rulings, orders, and decisions of the district court merging into the final judgment, including the district court's "Findings of Fact and Conclusions of Law" entered on May 27, 2026 (Doc. 90).

Dated: September 18, 2026

Respectfully submitted,

By: /s/ Anthony T. Golz
Anthony T. Golz
Texas Bar No. 24059834
agolz@cokinoslaw.com
COKINOS | YOUNG
1221 Lamar Street, 16th Floor
Houston, Texas 77010
(713) 535-5500
(713) 535-5511 (Fax)

Travis M. Brown
Texas Bar No. 24061890
tbrown@cokinoslaw.com
E. Samuel Crecelius III
Texas Bar No. 24105757
screcelius@cokinoslaw.com
Timothy P. Delabar
Texas Bar No. 24116273
tdelabar@cokinoslaw.com
COKINOS | YOUNG
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
(817) 635-3600
(817) 635-3633 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic case filing (ECF) system on September 18, 2026.

/s/ Anthony T. Golz
Anthony T. Golz